

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2017

No. 04-16-00622-CR

Antonio **TORRES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0934
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Appellant's brief is due March 10, 2017. On February 13, 2017, appellant's court-appointed attorney filed a motion asking this court to recalculate the due date for the brief because the reporter's record is not complete. Attached to the motion is a copy of a February 13 2017, request sent to the court reporter responsible for preparing, certifying, and filing the reporter's record, Ms. Debra Doolittle, designating the necessary supplemental records.

The motion is GRANTED. Ms. Doolittle is hereby ORDERED to file the reporter's records requested by appellant <u>no later than March 29, 2017</u>. Appellant's brief is due thirty days after the record is complete.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court